**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

DOUGLAS JEMAL,

                             **Plaintiff,**

       **-against-**

ELLIOT SHALOM,

                            **Defendant.**

---------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** ___ 7/15/2024 ___

**23-CV-09404 (MMG)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The parties are directed to file a letter updating the Court on the status of settlement by July 19, 2024. If the status letter will contain confidential settlement materials, the parties may file it under seal.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      July 15, 2024
             New York, New York