```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DOUGLAS JEMAL,

                               **Plaintiff**,

       -against-

ELLIOT SHALOM,

                               **Defendant.**

-------------------------------------------------------------X

23-CV-09404 (MMG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

       On Monday, April 1, 2024, the Honorable Margaret M. Garnett assigned this matter to my docket for settlement. Fact discovery completed on September 27, 2024. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                            _/s/ Sarah Netburn_
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:     September 30, 2024
               New York, New York