USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2025

**GIORDANO, HALLERAN & CIESLA, P.C.**
165 Broadway
One Liberty Plaza, 23rd Floor
New York, New York 10006
(732) 741-3900
Attorneys for Plaintiff, Douglas Jemal

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS JEMAL<br><br>Plaintiff,<br><br>v.<br><br>ELLIOT SHALOM<br><br>Defendant. | Case No. 1:23-cv-09404<br><br>Civil Action<br><br>**SETTLEMENT AGREEMENT ORDER** |

Plaintiff Douglas Jemal ("Plaintiff") filed their Complaint alleging Breach of Contract, Unjust Enrichment, and Book Account against Defendant Elliot Shalom ("Defendant") on October 25, 2023. Plaintiff and Defendant reached a settlement in principle on December 4, 2024, during a settlement conference before Judge Sarah Netburn which was entered on the record. Plaintiff and Defendant have finalized their Settlement Agreement on June 9, 2025, and agreed to the entry of this Settlement Agreement Order ("Settlement Order") without final adjudication of any issue of law or fact herein. This agreement and Settlement Order are entered into solely for the purpose of resolving this action and are not intended to be used for any other purpose. This agreement and Settlement Order resolve all matters arising from the allegations in the Complaint. Plaintiff and Defendant consent to entry of this Settlement Order.

1

#11470534v1

NOW THEREFORE, Plaintiff and Defendant, having requested the Court to enter this Settlement Order, it is ORDERED, ADJUDGED, AND DECREED as follows:

1. The Settlement Agreement attached hereto as Exhibit A is hereby agreed to and entered into by Plaintiff and Defendant.

2. This Court shall retain jurisdiction of this matter for purposes of construction, modification, and enforcement of this Settlement Order.

SO ORDERED, this ___11th___ day of _____June_____, 2025

Dated: ___6/11/2025___

_____
HON MARGARET M. GARNETT
UNITED STATE DISTRICT JUDGE

_____
CHRISTOPHER J. MARINO, ESQ.
Attorney for Plaintiff, Douglas Jemal

Dated: _____

_____
HARLAN LAZARUS, ESQ.
Attorney for Defendant, Elliot Shalom

Dated: _____